UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brandon Griffith<br><br>                         Plaintiff,<br><br>   -against-<br><br>City of New York et al<br><br>                         Defendant(s). | |

24-CV-02714
WAIVER OF SERVICE OF
SUMMONS EXECUTED

  Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

_____

_____

**Warden Sonya Harvey**

**CO John Tremarzo**

_____

_____

_____

_____

Dated:  June 13, 2024
    New York, New York

s/

_____
Howard Sterinbach
Assistant General Counsel
New York City Department of Correction
718-546-0816