USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/15/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GRIFFITH,**

                **Plaintiff,**

           -against-

**HARVEY,** *et al.***,**

                **Defendants.**

24-cv-02714 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Defendants' letter motion to stay the proceedings. ECF No. 13. The Court hereby **ORDERS** Plaintiff to file a response to Plaintiff's motion if so desired by September 12, 2024.

**SO ORDERED.**
Dated:    August 15, 2024
              New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**