UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

BRANDON L. GRIFFITH,

                                               Plaintiff,       **NOTICE OF SUBSTITUTION OF COUNSEL**

             -against-

                                                                 24 Civ 2714 (ALC)

WARDEN HARVEY, et al.,

                                            Defendants.
------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of SEAMUS O'CONNOR as counsel of record on behalf of defendant City of New York:

                                            **Joseph Zangrilli**
                                            *Senior Counsel*
                                            New York City Law Department
                                            100 Church Street, Rm. 3-192
                                            New York, NY 10007
                                            (212) 356-2657
                                            jzangril@law.nyc.gov

- 2 -

Please serve all paper and future notifications on the attorney for defendant at the address set forth above and please terminate SEAMUS O'CONNOR from the docket as counsel of record and replace him with Joseph Zangrilli.

Dated:  New York, New York
    May 19, 2025

              **MURIEL GOODE-TRUFANT**
              Corporation Counsel of the
              City of New York
              *Attorney for defendant City*
              100 Church Street, Rm. 3-192
              New York, NY 10007
              T: (212) 356-2657
              E: jzangril@law.nyc.gov

            By: *Joseph Zangrilli /s/*
              Joseph Zangrilli
              *Senior Counsel*
              Special Federal Litigation

cc:  **VIA FIRST CLASS MAIL**
   Brandon L. Griffith
   3492400508
   Mount Sinai Behavioral Health Center
   45 Rivington Street
   New York, NY 10002