

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

JOSEPH ZANGRILLI
*Senior Counsel*
Tel.: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

May 19, 2025

**BY ECF**
Honorable Aaron L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: Brandon L Griffith v. Warden Harvey, et al.
      24 Civ. 2714 (ALC)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I write to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant City of New York, in place of Assistant Corporation Counsel Seamus O'Connor. Simultaneously herewith, I am filing a Notice of Substitution of Counsel and a Declaration of Seamus O'Connor in support of this motion.

  I thank the Court for its time and consideration of this request.

                Respectfully submitted,

                *Joseph Zangrilli /s/*
                Joseph Zangrilli
                *Senior Counsel*
                Special Federal Litigation

cc: **VIA FIRST CLASS MAIL**
   Brandon L. Griffith
   3492400508
   Mount Sinai Behavioral Health Center
   45 Rivington Street
   New York, NY 10002