UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BRANDON L. GRIFFITH,

                              Plaintiff,

        -against-

WARDEN HARVEY, et al.,

                              Defendants.

**AFFIDAVIT FOR SUBSTITUTION OF COUNSEL**

24 Civ 2714 (ALC)

------------------------------------------------------------------- x

I, **SEAMUS O'CONNOR**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.    I am an Assistant Corporation Counsel at the New York City Law Department and, on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, I am counsel of record in this action.

2.    The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration. Going forward, I will have no involvement in this matter whatsoever.

3.    Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the Notice of Substitution of Counsel.

Dated:  May 19, 2025
           New York, New York

                                                    */s/ Seamus O'Connor*

                                                    Seamus O'Connor
                                                    *Assistant Corporation Counsel*
                                                    Special Federal Litigation Division