**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

  **GRIFFITH**                                :

                                    :

                     **Plaintiff,**  :

                                   :     **1:24-cv-2714 (ALC)**

        **-against-**                 :

                                   :     <u>**ORDER**</u>

                                   :

  **HARVEY ET AL**                  :

                    **Defendant.**  :

                                   :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 25, 2025, Defendant City of New York filed a letter requesting to stay this case pending a DOC investigation into the underlying claims. ECF No. 22. On February 10, 2026, Defendant requested a stay *sine die* because the Parties have been engaged in settlement discussions. ECF No. 26. At this time, the Court denies the June 25, 2025 request for a stay as moot and grants a stay of 45 days for the Parties to continue engaging in settlement discussions. The Parties are ORDERED to file a joint status report by March 27, 2026 with an update on whether settlement has been reached.

The Clerk of Court is respectfully requested to terminated ECF Nos. 22 and 26.

**SO ORDERED.**

**Dated:**  February 10, 2026

      **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**